IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICROMAN, INC.**

    **Plaintiff,**

vs.

    Case No. C2-07-484
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

**iMEDICA CORPORATION,**
    **et al.,**

    **Defendants.**

## ORDER

On June 1, 2007, Plaintiff, Microman, Inc., filed a Motion for Preliminary Injunction. This matter came before the Court on June 5, 2007 for an informal conference pursuant to S. D. Ohio Civ. R. 65.1. All counsel participated in the conference call. By agreement of the parties, the Court set the following schedule:

| Date | Action |
|---|---|
| June 8, 2007 | Plaintiff to identify the names of witnesses for deposition; Plaintiff to serve upon Defendants its first Request for Production of Documents. |
| June 13, 2007 | Defendants to identify the names of witnesses for deposition; Defendants to serve upon Plaintiff their first Request for Production of Documents. |
| June 18, 2007 9:00 A.M | Telephone Conference with the Court; schedule hearing. |

**IT IS SO ORDERED.**

\_\_6-5-2007_____
**DATED**

_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**