IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICROMAN INC. and MICROMAN INC. D/B/A 3RD EVOLUTION HEALTHCARE, § § § | |
| Plaintiffs, § | Case No. 2:07-cv-484 |
| v. § § | |
| IMEDICA CORPORATION, § § | |
| And § § | |
| MICHAEL NISSENBAUM, § § | |
| And § § | |
| JOHN DOE COMPANY § § | |
| And § § | |
| JOHN DOE 1-5 § § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, came to be heard the above entitled and numbered cause, and appeared the parties, by and through their attorneys of record and announced to the Court that this cause and the matters in controversy had been in all things compromised and settled, and the parties move this Court to dismiss all claims by and between them with prejudice, and it appears to the Court that such motion should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims by and between the Plaintiffs Microman, Inc. and Microman, Inc. d/b/a 3rd Evolution Healthcare, and Defendants iMedica Corporation and Michael Nissenbaum be, and they are hereby,

dismissed with prejudice to the refiling of same, and that costs of Court be taxed against the party by whom incurred; the Court further finds that all of said costs have heretofore been fully paid. Further, the Court shall retain jurisdiction to any matter arising out of the settlement agreement.

Signed this the \_\_\_\_9th\_\_\_\_ day of \_\_October\_\_, 2007.

JUDGE PRESIDING
Edmund A. Sargus, Jr.

AGREED:

KANE RUSSELL COLEMAN & LOGAN PC

By: _____
Kenneth W. Biermacher
Texas State Bar No. 02302400
Kevin P. Perkins
Texas State Bar No. 24053420

1601 Elm Street
3700 Thanksgiving Tower
Dallas, Texas 75201
(214) 777-4250
(214) 777-4299 (Facsimile)

SCHOTTENSTEIN ZOX & DUNN CO., LPA
Alan G. Starkoff
Ohio Bar No.: 0003286
250 West Street
Columbus, Ohio 43215-2538
Telephone: (614) 462-4938
Facsimile: (614) 222-3499

**ATTORNEYS FOR**
**IMEDICA CORPORATION and**
**MICHAEL NISSENBAUM**


KARR & SHERMAN CO. L.P.A.

By: _Keith M. Karr_  (0032412)

One Easton Oval, Suite 550
Columbus, Ohio 43219
(614) 478-6000
(614) 478-8130 (Facsimile)

**ATTORNEYS FOR MICROMAN, INC. and MICROMAN, INC. D/B/A 3RD EVOLUTION HEALTHCARE**